**Enlx H. CARO, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28667.**

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of intoxicating liquors for the purpose of sale in a dry area is the offense, with punishment assessed at a fine of $300.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.